IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RODNEY TYREE HICKS, *R.T. & Shantae*
*Hicks BEY Estate Trust*                                               PLAINTIFF

v.                                        Case No. 1:26-cv-01018

CORLEY TRUST, LLC; JERRY LANGLEY
OIL COMPANY, LLC; FOUR R OPERATING
COMPANY ARKLATX; LION OIL COMPANY;
DK TRADING AND SUPPLY, LLC; DON MASON
AND SON, LLC; and TETRA TECHNOLOGIES, INC.              DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation filed on May 18, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 10.  Judge Singleton conducted a preservice screening of Plaintiff's Complaint and found that Plaintiff, proceeding *pro se*, lacked standing to bring a suit as a trustee on behalf of the R.T. and Shantae Hicks BEY Estate Trust (the "Estate") and on behalf of dozens of heirs of the Estate.  *Id.* at 3.  Judge Singleton further found that even if Plaintiff had standing to bring this suit, the other heirs of the Estate must be joined in this action pursuant to Federal Rule of Civil Procedure 19(a)(1)(B)(i-ii).  Judge Singelton recommends Plaintiff's Complaint and Motion for Temporary Restraining Order and Preliminary Injunction against Defendants be dismissed without prejudice.

Plaintiff has not objected[1] to the Report and Recommendation, and the time to do so has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, finding no clear error on the face of the record

---

[1] The Court notes that Plaintiff filed an Amended Complaint after the issuance of the Report and Recommendation. ECF No. 11.  The Amended Complaint does not cure Plaintiff's lack of standing to bring suit as a trustee on behalf of the Estate or the heirs of the Estate.  Rather, Plaintiff reasserts that he represents the Estate.  *Id.* at 4 ("*Plaintiff, R.T. & Shantae Bey Estate Trust, through Rodney Tyree Hicks in fiduciary and representative capacity*, asserts standing based upon claimed heirship interests, estate interests, fiduciary obligations, documented Affidavits of Heirship, asserted mineral interests, and claimed successor interests associated with lands and mineral estates located within Union County, Arkansas.").

and that Judge Singleton's reasoning is sound, the Court adopts the Report and Recommendation

(ECF No. 10) *in toto*.  Accordingly, the Court finds that Plaintiff's Complaint (ECF No. 1) and

Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 3) should be and

hereby are **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED**, this 9th day of June, 2026.

/s/ Susan O. Hickey
Susan O. Hickey
Senior United States District Judge

2